# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Robert Charles HALVORSON |
| **Docket Number:** | 1:10CR00060-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/23/2010 |
| **Original Offense:** | 18 USC 751(a) - Escape From the Custody of the Attorney General (CLASS D FELONY) |
| **Original Sentence:** | 14 months Bureau of Prisons; 36 month term of supervised release; $100 special assessment. |
| **Special Conditions:** | (1) Search; (2) Drug/Alcohol treatment; (3) Drug/Alcohol testing; (4) Abstain from alcohol use; (5) Mental health treatment; (6) Aftercare co-payment; (7) 20 hours of community service until employed or participate in an educational or vocational program. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/15/2011 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius          **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Marc Days          **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

RE:    **Robert Charles HALVORSON**
       **Docket Number: 1:10CR00060-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

    8.    As directed by the probation officer, the defendant shall participate in an inpatient correctional treatment program to obtain assistance for drug abuse.

**Justification:**  On February 15, 2011, Mr. Halvorson released from FCI Victorville homeless.  On February 22, 2011, he reported to the Probation Office and a urine specimen was taken.  The results later came back positive for cocaine.  Mr. Halvorson was confronted on this positive test on March 1, 2011.  He admits to snorting a line of cocaine on February 17, 2011, while waiting in Los Angeles, California, for a bus transfer to Sacramento, California.  The cocaine was given to him by another adult male at the bus terminal.  He snorted the line of cocaine to stay awake because he was tired and did not want to miss the bus connection.  Mr. Halvorson regrets making this decision and denies any other illegal drug use since his release.  He remains homeless.

Mr. Halvorson was offered a place to stay with a cousin in Cherokee, North Carolina.  He also has employment awaiting him with Cherokee Nation Construction in North Carolina. A pretransfer request was sent to the Western District of North Carolina to investigate the suitability of Mr. Halvorson relocating to their district and we are awaiting the decision.

The probation officer is cognizant Mr. Halvorson snorted cocaine immediately after his release from imprisonment.  However, this officer does not believe a period of incarceration is necessary to address the pending violation conduct at this time.  What would best serve Mr. Halvorson and the community is his participation in an inpatient substance abuse treatment program.  This will provide him with treatment to address his substance abuse and also a place to stay until the Western District of North Carolina can investigate the pretransfer of supervision request.

RE: Robert Charles HALVORSON
Docket Number: 1:10CR00060-01
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, for the reasons noted above, it is recommended the Court not revoke his supervised release, but allow Mr. Halvorson to participate in an inpatient residential treatment program.

Respectfully submitted,

/s/ Scott W. Storey
**SCOTT W. STOREY**
**United States Probation Officer**
Telephone: (916) 930-4319

**DATED:**   March 2, 2011
Sacramento, California
SWS/sc

**REVIEWED BY:**   /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

cc:   United States Probation
Kathleen A. Servatius, Assistant United States Attorney
Marc Days, Assistant Federal Defender
Defendant
Court File

**THE COURT ORDERS:**

( X)   Modification approved as recommended.

IT IS SO ORDERED.

Dated:   **March 4, 2011**              /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE